# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3752

_____

| | | |
|---|---|---|
| Yoram Raz, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Robert M. Mueller, Director, United | * | Western District of Arkansas. |
| States Department of Justice; United | * | |
| States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |
| -------------------------------------- | | |
| Yoram Raz, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| United States of America, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: February 7, 2007
Filed: February 9, 2007

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Yoram Raz challenges the adverse judgment entered by the district court[1] after a bench trial on Raz's claims based on the FBI's alleged campaign of surveillance and harassment of him.  For reversal, Raz argues the district court abused its discretion in limiting essential discovery, in limiting evidence, and in refusing to sanction the opposing parties.  Following careful review, we find no abuse of the district court's discretion with regard to these matters, and we affirm for the reasons cited in the district court's thorough memorandum opinion.  See 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

-2-